AO 455(Rev. 5/85) Waiver of Indictment



**FILED**
APR 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___CF___ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Alfredo Herrera-Moreno

**WAIVER OF INDICTMENT**

CASE NUMBER: 08MJ 8275

I, Alfredo Herrera-Moreno, the above named defendant, who is accused of Title 21, U.S.C., Sec. 952, 960 - Importation of a controlled substance (felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open

court on __4-29-08__ prosecution by indictment and consent that the proceeding
                Date
may be by information rather than by indictment.

_Alfredo Herrera Moreno_
Defendant

_/s/ signature_
Counsel for Defendant

Before _/s/ signature_
       JUDICIAL OFFICER